Roy A. Heymann and Albert K. Arnold, Trading as Heymann & Bro., *v.* Henry C. Nuss, Appellant.

Argued October 15, 1929.

Before Porter, P. J., Trexler, Keller, Linn, Gawthrop, Cunningham and Baldrige, JJ.

116

118

*George J. Edwards, Jr.,* for appellant.

*Samuel A. Goldberg,* of *Wolf, Block, Schorr and Solis-Cohn,* for appellees.

Per Curiam, October 30, 1929:

The judgment is affirmed on the opinion of Judge Stern of the court of common pleas of Philadelphia County.